# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GRETA CRAWFORD,

    Plaintiff,

       v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

    Defendants.

Miscellaneous Action No.
05-0521 (JDB)

## ORDER

On January 13, 2006, the Court issued an Order requiring the government entities in this case to respond to plaintiff's Motion to Compel by not later than January 23, 2006. The United States Attorney's Office for the District of Columbia ("USAO-DC") has now filed a motion to extend this deadline based upon the demands of counsel's schedule in other matters and the fact that plaintiff will not be prejudiced by the short extension requested. Upon consideration of the USAO-DC's motion, and the entire record herein, it is this 23rd day of January, 2006, hereby

    **ORDERED** that the motion for an extension is granted; and it is further

    **ORDERED** that the USAO-DC shall respond to plaintiff's Motion to Compel on behalf of defendants by not later than February 1, 2006.

                     /s    John D. Bates
                       JOHN D. BATES
               United States District Judge

-1-

Dated: ___January 23, 2006___

Copies to:

Greta Crawford
5702 Victor Street #6
Dallas, TX 75214
Telephone: (214) 828-1670
         *Pro se plaintiff*

Steve Fahey
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699
Telephone: (214) 659-8600
Fax: (214) 767-2916

Stratton Strand
United States Attorney's Office
Judiciary Center
555 Fourth St, NW
Washington, DC 20530
Telephone: (202) 514-8780
         *Counsel for defendants*