UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GRETA CRAWFORD,

Plaintiff,

v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

Defendants.

Miscellaneous Action No.
05-0521 (JDB)

## ORDER

On January 13, 2006, the Court issued an Order requiring the government entities in this case to respond to plaintiff's Motion to Compel by not later than January 23, 2006. The Court then granted a Motion for Extension of Time filed by the United States Attorney's Office for the District of Columbia ("USAO-DC"). The United States Attorney's Office for the Northern District of Texas ("USAO-TX") has now filed a parallel motion on behalf of the Office of Personnel Management ("OPM") and the Federal Bureau of Investigation ("FBI"), also seeking to extend the response deadline from January 23, 2006 through February 1, 2006. The USAO-TX requests this extension based upon the demands of counsel's schedule in other matters and the fact that plaintiff will not be prejudiced by the short extension requested. Upon consideration of the USAO-TX's motion, and the entire record herein, it is this 26th day of January, 2006, hereby

**ORDERED** that the motion for an extension is granted; and it is further



**ORDERED** that the USAO-TX shall respond to plaintiff's Motion to Compel on behalf of OPM and FBI by not later than February 1, 2006.

/s   John D. Bates
JOHN D. BATES
United States District Judge

Dated:   January 26, 2006

Copies to:

Greta Crawford
5702 Victor Street #6
Dallas, TX 75214
Telephone: (214) 828-1670
   *Pro se plaintiff*

Steve Fahey
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699
Telephone: (214) 659-8600
Fax: (214) 767-2916

Stratton Strand
United States Attorney's Office
Judiciary Center
555 Fourth St, NW
Washington, DC 20530
Telephone: (202) 514-8780
   *Counsel for defendants*