UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Washington, DC

| | |
|---|---|
| GRETA CRAWFORD, )<br>Petitioner/Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES OFFICE OF PERSONNEL )<br>MANAGEMENT, et al., Defendants. )<br> ) | Civil Action No.:<br>1:05-mc-00521-JDB |

**APPENDIX TO**
**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE MOTION TO**
**CONTINUE**

The plaintiff files this appendix in support of its Reconsideration of the Motion to Continue.

1. Plaintiff's Cover Letter to OPM, p. 1

Dated  1/27/06

_____
Greta Crawford, Plaintiff
5702 Victor Street, #6
Dallas, TX 75214
(214) 828-1670

FILED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I, Greta Crawford, do hereby certify that a true and correct copy of the attached Appendix to Plaintiff's Reconsideration of Continuance is being sent by mail on this date, one original and one copy to the court for filing, and one copy to the Dallas US Attorney for DHS and one copy to the DC US Attorney. The plaintiff is also sending a copy by fax to the Dallas and DC US Attorneys.

Clerk's Office
US District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
Tel: (202) 354-3000

Mr. Steve Fahey
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699
Tel: (214) 659-8600
Fax: (214) 767-2916

Stratton Strand
United States Attorney's Office
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530
Tel: (202)514-8780
Fax: (202) 514-8781

Dated this January 27, 2006.

Signed,

Greta Crawford, Petitioner
5702 Victor St. # 6
Dallas, TX 75214
Tel: (214) 828-1670

5702 Victor Street
Dallas, TX 75214

Appendix 1

July 22, 2005

Mark A. Robbins
General Counsel
Office of the General Counsel
Office of Personnel Management
1900 E. Street, NW, Room 7353,
Washington, DC 20415-1000

Dear Mr. Robbins:

I sent you a subpoena from this jurisdiction because the federal office is continuously present in this jurisdiction. I am not in the District of Columbia. Please provide the name of a local office that accepts service for OPM, and another subpoena will be sent to them in lieu of your subpoena.

Alternatively, I am enclosing a subpoena issued from Washington, DC, where I have modified a few requests. It may be used in lieu of the subpoena that you currently possess. I am requesting that the materials be sent here. Please let me know if you absolutely need the mutually agreed place to be in DC. You should probably contact me regarding production to avoid any duplicative production.

If you have any additional questions or comments, please feel free to contact me at (214) 828-1670. Time is an issue in this case.

Sincerely,

Greta Crawford

Enclosure