UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GRETA CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Miscellaneous Action No. 05-521 (JDB) |
| | ) | |
| UNITED STATES OFFICE OF | ) | |
| PERSONNEL MANAGEMENT, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED

FEB   1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DEFENDANT UNITED STATES ATTORNEY'S OFFICE'S MOTION TO EXTEND RESPONSE DEADLINE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States

Attorney's Office for the District of Columbia ("Defendant" or "USAO-DC") hereby moves to

enlarge the time within which it may respond to Plaintiff's motion to compel. Specifically,

Defendant requests that its response deadline be extended from February 1 through February 6,

2006. In support of this motion, Defendant respectfully refers the Court to the attached

memorandum of points and authorities.

Pursuant to LCvR 7(m), the undersigned has attempted to contact *Pro Se* Plaintiff, but has

not been able to reach her.[1]  The Court should assume that Plaintiff opposes the relief requested.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*" (emphasis added). It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to discuss such motions with nonprisoner pro se parties when practicable.

R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRETA CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF<br>PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Miscellaneous Action No. 05-521 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO EXTEND RESPONSE DEADLINE**

1.    Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, a deadline set by court order may be extended upon a showing of good cause if the request therefor is made before the expiration of the period prescribed.

2.    By orders dated January 23 and January 26, 2006, the Court extended until February 1, 2006, the three defendants' deadlines to respond to Plaintiff's consolidated motions to compel.

3.    Dallas Assistant U.S. Attorney Steve Fahey represents Defendants U.S. Office of Personnel Management ("OPM") and Federal Bureau of Investigation ("FBI"). The undersigned represents Defendant USAO-DC.

4.    The undersigned learned today that Mr. Fahey would be moving to extend the deadline for OPM's and FBI's responses through Monday, February 6, 2006. To ensure that the three defendants' responses may be properly coordinated, and in the interest of judicial economy, USAO-DC seeks to extend its deadline to the same date.

5.      Plaintiff likely opposes the requested extension but cannot show that she would be

prejudiced by it given the short amount of additional time requested.

WHEREFORE, Defendant USAO-DC respectfully requests that the deadline for filing its

response to Plaintiff's motion to compel be extended through Monday, February 6, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 1st day of February, 2006, I caused the foregoing motion

and memorandum, and the attached proposed order, to be served on all counsel of record by U.S.

first class mail, postage pre-paid, addressed as follows:

Greta Crawford, Esq.
5702 Victor Street #6
Dallas, TX 75214

Steve Fahey, Esq.
U.S. Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699

STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GRETA CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Miscellaneous Action No. 05-521 (JDB) |
| | ) | |
| UNITED STATES OFFICE OF | ) | |
| PERSONNEL MANAGEMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Defendant United States Attorney's Office's Motion to

Extend Response Deadline, its memorandum of points and authorities in support thereof, any

opposition thereto, and the record herein, and it appearing that good cause exists for the

requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant United States Attorney's Office shall have until Monday,

February 6, 2006, to respond to Plaintiff's motion to compel.


_____
JOHN D. BATES
United States District Court Judge

Copies to:

Greta Crawford, Esq.
5702 Victor Street #6
Dallas, TX 75214

*Pro Se Plaintiff*

Steve Fahey, Esq.
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699

Stratton C. Strand, Esq.
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

*Counsel for Defendants*