UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GRETA CRAWFORD,  )
                )
    Plaintiff,   )
                )
    v.          )   Miscellaneous Action No. 05-521 (JDB)
                )
UNITED STATES OFFICE OF  )
PERSONNEL MANAGEMENT, et al.,  )
                )
    Defendants.  )
                )

**DEFENDANTS OFFICE OF PERSONNEL MANAGEMENT AND FEDERAL
BUREAU OF INVESTIGATIONS' SECOND MOTION TO
EXTEND RESPONSE DEADLINE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants United States Office of Personnel Management and the Federal Bureau of Investigation hereby move to enlarge the time within which they may respond to Plaintiff's motions to compel. Specifically, Defendants request that their response deadline be extended from Wednesday, February 1, 2006, to Monday, February 6, 2006. In support of this motion, Defendants respectfully refers the Court to the attached memorandum of points and authorities.

By separate motion filed this day, defendant United States Attorney's Office for the District of Columbia also is moving for an extension of time for the filing of its response to Plaintiff's motion to compel until February 6, 2006.

Pursuant to LCvR 7(m), Defendants' counsel has attempted to consult with *Pro Se* Plaintiff concerning this motion, but was unable to reach her by telephone. It is assumed that Plaintiff opposes the relief requested.

> Respectfully submitted,
>
> RICHARD B. ROPER
> UNITED STATES ATTORNEY FOR
> THE NORTHERN DISTRICT OF
> TEXAS
>
> */s/ Stephen P. Fahey/by scs*
> STEPHEN P. FAHEY
> Assistant United States Attorney
> Illinois State Bar No. 6274893
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone: 214.659.8718
> Facsimile: 214.767.2916

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRETA CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OFFICE OF<br>PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Miscellaneous Action No. 05-521 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' SECOND MOTION TO EXTEND RESPONSE DEADLINE**

1. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, a deadline set by court order may be extended upon a showing of good cause if the request therefor is made before the expiration of the period prescribed.

2. On January 6, 2006, Plaintiff filed motions to compel against defendants the United States Attorney's Office for the District of Columbia, the United States Office of Personnel Management, and the Federal Bureau of Investigation. On January 13, 2006, the Court ordered all defendants to respond to Plaintiff's motions to compel by January 23, 2006. Upon defendants' motions, the Court extended the deadline for responses to the motions to compel to February 1, 2006.

3. In preparation of its response to Plaintiff's motion to compel, the United States Office of Personnel Management ("OPM") became aware that the Supervisory

Freedom of Information/Privacy Act Specialist who conducted the search for documents in response to Plaintiff's motion to compel had taken leave from the office on January 19, 2006, to deal with a major medical issue, and is not expected to return until February 17, 2006. As this employee has personal knowledge of the search initiated by Plaintiff's document requests, she will be executing the declaration pursuant to 28 U.S.C. § 1746 in support of defendant OPM's response to Plaintiff's motion to compel.

4. Given the illness of OPM's declarant, OPM and the FBI respectfully submit that good cause exists for an extension of Defendants' time to respond to Plaintiff's motions to compel to February 6, 2006. This brief extension will allow OPM an opportunity to obtain the necessary declaration from its ill employee with as little inconvenience to her as possible.

5. Plaintiff will not be prejudiced by the brief requested extension. As explained in defendants' prior motion for an extension, the discovery deadline in Plaintiff's underlying federal case in the Northern District of Texas has been extended by agreement of the parties to February 27, 2006. In addition, both Plaintiff and defendant Department of Homeland Security have filed motions to further extend the discovery, dispositive motion, and trial settings in the case. Thus, the instant motions to compel can be decided upon full briefing without prejudicing Plaintiff's ability to timely complete discovery in her Texas case.

2

6. The undersigned attempted to confer with Plaintiff regarding the requested extension, but was not able to reach her by telephone. Therefore, it is assumed that Plaintiff opposes this motion.

WHEREFORE, defendants United States Office of Personnel Management and the Federal Bureau of Investigation respectfully request that the deadline for filing their responses to Plaintiff's motions to compel be extended through Monday, February 6, 2006.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY FOR
THE NORTHERN DISTRICT OF
TEXAS

_/s/ Stephen P. Fahey / by scs_
STEPHEN P. FAHEY
Assistant United States Attorney
Illinois State Bar No. 6274893
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8718
Facsimile: 214.767.2916

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 1st day of February, 2006, I caused the foregoing motion and memorandum, and the attached proposed order, to be served on all counsel of record by U.S. first class mail, postage pre-paid, addressed as follows:

Greta Crawford, Esq.
5702 Victor Street #6
Dallas, TX 75214

Stratton C. Strand
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

                                                  STEPHEN P. FAHEY *(for Stephen Fahey)*
                                                  Assistant United States Attorney
                                                  Illinois State Bar No. 6274893
                                                  1100 Commerce Street, Third Floor
                                                  Dallas, Texas 75242-1699

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA CRAWFORD,              )<br>                              )<br>       Plaintiff,            )<br>                              )<br>   v.                         )<br>                              )<br>UNITED STATES OFFICE OF       )<br>PERSONNEL MANAGEMENT, et al., )<br>                              )<br>       Defendants.            )<br>                              ) | Miscellaneous Action No. 05-521 (JDB) |

## ORDER

UPON CONSIDERATION of defendants United States Office of Personnel Management and the Federal Bureau of Investigation's Second Motion to Extend Response Deadline, its memorandum of points and authorities in support thereof, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendants' motion be, and hereby is, GRANTED, and it is further,

ORDERED, that defendants United States Office of Personnel Management and the Federal Bureau of Investigation shall have until Monday, February 6, 2006, to respond to Plaintiff's motions to compel.

                                   _____
                                   JOHN D. BATES
                                   United States District Court Judge

Copies to:

Greta Crawford, Esq.
5702 Victor Street #6
Dallas, TX 75214

*Pro Se Plaintiff*

Steve Fahey, Esq.
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699

Stratton C. Strand, Esq.
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

*Counsel for Defendants*