UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GRETA CRAWFORD,

Plaintiff,

v.

Miscellaneous Action No.
05-0521 (JDB)

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

Defendants.

## ORDER

On January 13, 2006, the Court issued an Order requiring the government entities in this case to respond to plaintiff's Motion to Compel by not later than January 23, 2006. The Court then granted the motions of the United States Attorney's Office for the District of Columbia ("USAO-DC") and the United States Attorney's Office for the Northern District of Texas ("USAO-TX") to extend that deadline until February 1, 2006. Plaintiff has now filed a motion asking the Court to reconsider these extensions, and the USAO-DC and USAO-TX have each filed motions to further extend their response deadlines to February 6, 2006. Upon consideration of these motions, the memoranda of the parties, and the entire record herein, it is this 2nd day of February, 2006, hereby

**ORDERED** that plaintiff's motion for reconsideration is **DENIED** as moot, because the

original January 23, 2006 deadline has passed;[1] it is further

ORDERED that the motions of the USAO-DC and USAO-TX to extend their response deadlines are **GRANTED**. The Court will not, however, grant any further requests for extensions absent extraordinary circumstances; and it is further

**ORDERED** that the USAO-DC and USAO-TX shall respond to plaintiff's Motion to Compel on behalf of defendants by not later than February 6, 2006.

/s   John D. Bates
JOHN D. BATES
United States District Judge

Dated:   February 2, 2006

Copies to:

Greta Crawford
5702 Victor Street #6
Dallas, TX 75214
Telephone: (214) 828-1670
   *Pro se plaintiff*

Steve Fahey
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699
Telephone: (214) 659-8600
Fax: (214) 767-2916

---

[1] Plaintiff has also not shown that the circumstances of this case warrant the rare remedy of reopening and amending a previously entered court order. See Toussaint v. Howard Univ., Civil Action No. 03-1395 at 2-3 (D.D.C. Nov. 8, 2005).

Stratton Strand
United States Attorney's Office
Judiciary Center
555 Fourth St, NW
Washington, DC 20530
Telephone: (202) 514-8780
> *Counsel for defendants*