UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Miscellaneous Action No. 05-521 (JDB) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| PERSONNEL MANAGEMENT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPENDIX TO UNITED STATES OFFICE OF PERSONNEL MANAGEMENT AND FEDERAL BUREAU OF INVESTIGATION'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The United States Office of Personnel Management ("OPM") and the Federal Bureau of Investigation ("FBI") (collectively, the "Federal Defendants), by and through the United States Attorney for the Northern District of Texas, submit this Appendix in support of their response to Plaintiff's motion to compel. Attached hereto are as follows:

INDEX TO APPENDIX

| DOCUMENT | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit 1 | Crawford MSPB Decision dated 12/19/03 | 1 |
| Exhibit 2 | Letter from S. Fahey to Plaintiff, dated September 28, 2005 | 19 |
| Exhibit 3 | Declaration of Vicki K. Hayden | 20 |
| Exhibit 4 | Declaration of Kathy D. Baker | 23 |
| Exhibit 5 | Declaration of Kathy Dillaman | 27 |

Exhibit 6        Declaration of Linda M. Springer        31

Respectfully submitted,

RICHARD B. ROPER
United States Attorney

*[signature]*

STEPHEN P. FAHEY
Assistant United States Attorney
Illinois State Bar No. 6274893
U.S. Federal Building & Courthouse
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2916

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this 6th day of February, 2006, been served by mail on the following *pro se* Plaintiff:

Ms. Greta Crawford
5702 Victor Street, #6
Dallas, TX 75214

*[signature]*

STEPHEN P. FAHEY
ASSISTANT UNITED STATES ATTORNEY