**U.S. Department of Justice**

United States Attorney
Northern District of Texas

---

1100 Commerce St., 3rd Fl.  Telephone: 214.659.8600
Dallas, Texas 75242-1699   Fax: 214.767.2916

September 28, 2005

Ms. Greta Crawford
5702 Victor Street, #6
Dallas, Texas 75214

Re:   *Greta Crawford v. United States of America and Department of Homeland Security*
      Civil Action No. 3:04-CV-2619-L (USDC - N.D. Texas - Dallas Division

Dear Ms. Crawford:

Please find enclosed copies of documents produced by the Office of Personnel Management pursuant to your subpoena.

Sincerely,

RICHARD ROPER
United States Attorney

STEPHEN P. FAHEY
Assistant United States Attorney

Enclosures

19