UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

GRETA CRAWFORD,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
        et al.

        Defendants.

Case No:
3:04-CV-2619-L

### DECLARATION OF VICKI K. HAYDEN

I, Vicki K. Hayden, declare as follows:

(1) I am a Paralegal Specialist currently assigned to the Civil Discovery Review Unit, Office of the General Counsel, Federal Bureau of Investigation ("FBI"). I have held this position since August 9, 1992. I have been responsible for locating and producing all documents located by the FBI pursuant to Plaintiff's First Request for Production of Documents in the above styled case.

(2) From its inception, the FBI has established and relied upon an extensive record-keeping system to help perform its mission. Various early systems were created and modified, and eventually evolved, in approximately 1921, into the present FBI Central Record System ("CRS"). The CRS utilized by the FBI enables it to maintain all information which it has acquired in the course of fulfilling mandated law enforcement responsibilities. The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in the system are maintained at FBIHQ. Records which are pertinent to specific field offices are maintained at those field offices. Through the General Indices, FBIHQ and each field division can access the CRS. The General Indices are arranged in alphabetical order and consist of an index on various subjects, including the names of individuals and organizations. Only the

information considered pertinent, relevant, or essential for future retrieval is indexed. Searches made in the index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(3) On or about October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of the following three automated applications that support case management functions for all investigative and administrative cases:

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign and track leads. A case is opened by the Office of Origin ("OO"), which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is utilized by FBIHQ and all offices conducting or assisting in the investigation. Using fictitious file number "111-HQ-12345" as an example, an explanation of the UCFN is as follows: "111" indicates the classification for that specific type of investigation; "HQ" is the abbreviated form used for the Office of Origin of the investigation, which in this case is FBI Headquarters; and "12345" indicates the individual case file number for that particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. UNI, an index of approximately 90.8 million records, functions to index names to cases, and to search names and cases for use in the FBI investigative and administrative cases. Names of individuals or entities are recorded with identifying information such as the date or place of birth, race, sex, locality,

1  social security number, address or date of event.

2  (4) When the FBI searches a person's name, the name is electronically checked
3  against the UNI. The searches seek all instances of the individual's name, whether a main file
4  name or reference. Again, a main file name is that of an individual who is, himself, the subject
5  of an FBI investigation, whereas a reference is someone whose name appears in an FBI
6  investigation. References may be associates, witnesses, or conspirators.

7  (5) I have searched the files of the FBI using the system described above in an effort to locate
8  documents responsive to Plaintiff's request. All responsive documents located have been
9  produced for Plaintiff.

10 (6) In conducting the search, I located files for an African American male prison guard named
11 Greta Crawford. Because I knew those files did not pertain to the Plaintiff, those files have not
12 been produced.

13 (7) In preparing the documents located in this search, I placed a cover on the documents
14 actually produced for Plaintiff that indicated this was a redacted copy. This is standard language
15 placed on all documents produced by the FBI that are intended for dissemination outside the
16 Bureau. As can be seen by reviewing the documents produced, no redactions were actually taken
17 from the documents provided Plaintiff.

18 (8) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
19 is true and correct to the best of my knowledge and belief.

20    Executed this 30 day of January, 2006.

22    VICKI K. HAYDEN
      Paralegal Specialist
23    Civil Discovery Review Unit 1
      Office of the General Counsel
24    Federal Bureau of Investigation
      Washington, D.C.

22