UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GRETA CRAWFORD,  )
                )
    Plaintiff,   )   Miscellaneous Action
       v.        )   No. 05-0521 (JDB)
                )
UNITED STATES OFFICE OF )
PERSONNEL MANAGEMENT, et al. )
                )
    Defendants. )
                )

### DECLARATION OF LINDA M. SPRINGER

I, Linda M. Springer, declare as follows:

1. I am the Director of the U.S. Office of Personnel Management ("OPM"). The President nominated me to this position on March 18, 2005, and the Senate unanimously confirmed me on June 24, 2005. Prior to this, I was unanimously confirmed by the Senate as Controller, White House Office of Management and Budget ("OMB"), and head of the Office of Federal Financial Management from March 2003 to January 2005.

2. Congress has authorized, and the President has delegated, authority to OPM to conduct background investigations. 5 U.S.C. §§ 1304, 3301, 7301 & 9101; 5 C.F.R. Pts. 5, 731, and 736; Exec. Orders Nos. 10450 (Apr. 27, 1953) & 12968 (Aug. 7, 1995). These background investigations involve a determination by Federal agencies of qualifications, suitability, and loyalty to the United States, as well as the level of access to classified information or restricted areas. See id. Pursuant to this authority, OPM has been drafting an Investigators' Manual for OPM and contractor investigators. Kathy Dillaman, who is Associate Director, Federal Investigative Services Division, bears overall responsibility for developing this Manual and she reports directly to me regarding this matter. This draft working manual is in the process of being developed by OPM

1

employees, who have extensive training and experience in the conduct of investigations, comprehensive knowledge of the various governing regulations and Executive Orders cited above, and in consultation with the Department of Defense's Defense Security Service.

3. OPM is continuing to develop and refine this draft Manual and it is not yet final. As a result, disclosure of this sensitive document would adversely affect ongoing decision-making processes that are subject to national security. I have determined that disclosure of the predecisional, deliberative contents of this draft Manual to the public would expose OPM's investigative and decision-making process in such a way as to discourage candid discussion within the Agency and impair OPM's efficient operations by interfering with the flow of confidential communications both from other consulting Agencies and within OPM. Thus, release would hamper the intra-agency exchange of opinions and ideas, and would have a chilling effect on the give-and-take involved in agency decision-making.

4. Based upon the foregoing reasons, I have found that disclosure of this document would be detrimental to the effective operations and the national security of the United States of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __3__ day of February, 2006.

LINDA M. SPRINGER
Director
U.S. Office of Personnel Management
Washington, D.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this 6th day of February, 2006, been served by mail on the following *pro se* Plaintiff:

Ms. Greta Crawford
5702 Victor Street, #6
Dallas, TX 75214

_____ /for Stephen Fahey
STEPHEN P. FAHEY
ASSISTANT UNITED STATES ATTORNEY