UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Washington, DC

GRETA CRAWFORD,                          )
Petitioner/Plaintiff,                    )
                                         )
v.                                       )          Civil Action No.:
                                         )          1:05-mc-00521-JDB
UNITED STATES OFFICE OF PERSONNEL        )
MANAGEMENT, Defendants.                  )
                                         )

## APPENDIX TO
## PLAINTIFF'S MOTION FOR RECONSIDERATION OF 2/22/06 ORDER

The following documents are submitted in support of the Motion for Reconsideration:

1. Cover Letter to OPM, p. 1
2. Stipulation, p. 2

DATED this _1st_ day of March 2006.

Signed,

Greta Crawford, Plaintiff
5702 Victor Street #6
Dallas, TX 75214
Tel: (214) 828-1670

## CERTIFICATE OF SERVICE

I, Greta Crawford, do hereby certify that a true and correct copy of the attached Appendix to Plaintiff's Motion for Reconsideration is being sent by mail on this date, one original and one copy to the court for filing, and one copy to the Dallas US Attorney for DHS, FBI and OPM, one copy to the DC US Attorney.

Clerk's Office
US District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Mr. Steve Fahey
United States Attorney's Office
1100 Commerce Avenue, 3rd Floor
Dallas, TX 75242-1699
Tel: (214) 659-8600
Fax: (214) 767-2916

Stratton Strand
United States Attorney's Office
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530
Tel: (202)514-8780

Dated this March ____/____, 2006.

Signed,

Greta Crawford, Petitioner
5702 Victor St. # 6
Dallas, TX 75214
Tel: (214) 828-1670

5702 Victor Street
Dallas, TX 75214



July 22, 2005

Mark A. Robbins
General Counsel
Office of the General Counsel
Office of Personnel Management
1900 E. Street, NW, Room 7353,
Washington, DC 20415-1000

Dear Mr. Robbins:

I sent you a subpoena from this jurisdiction because the federal office is continuously present in this jurisdiction. I am not in the District of Columbia. Please provide the name of a local office that accepts service for OPM, and another subpoena will be sent to them in lieu of your subpoena.

Alternatively, I am enclosing a subpoena issued from Washington, DC, where I have modified a few requests. It may be used in lieu of the subpoena that you currently possess. I am requesting that the materials be sent here. Please let me know if you absolutely need the mutually agreed place to be in DC. You should probably contact me regarding production to avoid any duplicative production.

If you have any additional questions or comments, please feel free to contact me at (214) 828-1670. Time is an issue in this case.

Sincerely,

Greta Crawford

Enclosure

UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| GRETA CRAWFORD,<br>Petitioner/Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF HOMELAND SECURITY,<br>Respondents/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.:
3:04-CV-2619-L

## STIPULATION

Pursuant to Rules 29 and 34(b) of the Federal Rules of Civil Procedure, the Plaintiff and
Defendants in the above-captioned action stipulate that discovery for documents from
Cunningham & Moore, Inc. be had within 15 days.

Date: 12/14/05

Signed

Greta Crawford, Plaintiff
5702 Victor Street # 6
Dallas, TX 75214
Tel: (214) 828-1670

Date: 12/14/05

Signed

Stephen P. Fahey
US Attorneys Office
1100 Commerce Ave., 3rd Floor
Dallas, TX 75242
Tel: (214) 659-8718
Fax: (214) 767-2916